IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

RECEIVED 05 SEP -6 PM 4:05

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

CORY WILES, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.                                                                 No. 05-2605 B/An

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

## ~~PROPOSED~~ ORDER

BEFORE THE COURT is the Motion of Defendant, Intel Corporation., for an extension of time to file a responsive pleading. For good cause shown, the Defendant's Motion is GRANTED. Accordingly, Defendant's response shall be due either due either (1) the earlier of 60 days after transfer of the above captioned case pursuant to any motion to coordinate or consolidate pre-trial proceedings per 28 U.S.C. Section 1407 or such time for response that the transferee Court may require for any action made part of the same MDL; or (2) 45 days after any Court order that removes the Plaintiff's action from MDL treatment.

    SO ORDERED.

J. DANIEL BREEN,
UNITED STATES DISTRICT JUDGE

Date: 9/7/05

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 9-7-05

SF/21632157.1

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served via U.S. Mail, postage prepaid, B.J. Wade, Esq., Glassman, Edwards, Wade & Wyatt, P.C., 26 North Second Street, Memphis, Tennessee, 38103, on this 6th day of September 2005.

_____
Jef Feibelman

SF/21632157.1

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02605 was distributed by fax, mail, or direct printing on September 7, 2005 to the parties listed.

---

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David M. Balabanian
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111--406

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard A. Ripley
Bingham McCutchen
1120 20th Street, NW
Suite 800
Washington, DC 20036

Christopher B. Hockett
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111--406

Joy K. Fuyuno
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111--406

Honorable J. Breen
US DISTRICT COURT