IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.
05 OCT 24 PM 5: 05

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

CORY WILES, individually and on behalf
of himself and all persons similarly situated,

    Plaintiff,

v.

No. 05-2605 JDB

INTEL CORPORATION, a Delaware
Corporation,

    Defendant.

---

## ~~PROPOSED~~ ORDER GRANTING LEAVE TO FILE REPLY

---

Before the Court is the Request for Leave of the Court to File a Reply to Plaintiff's Opposition to Defendant's Motion to Stay, filed by Defendant Intel Corporation on October 18, 2005. For good cause showing, the motion is GRANTED, and the reply attached to Defendant's motion is deemed filed as of the date of this order.

So ordered this ___ day of October 2005.

_____
The Honorable J. Daniel Breen
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 10-25-05

SF/21639150.1



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:05-CV-02605 was distributed by fax, mail, or direct printing on October 25, 2005 to the parties listed.

---

B. J. Wade
GLASSMAN EDWARDS WADE & WYATT, P.C.
26 N. Second Street
Memphis, TN 38103

Richard A. Ripley
Bingham McCutchen
1120 20th Street, NW
Suite 800
Washington, DC 20036

Christopher B. Hockett
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111--406

Mary Alison Hale
BURCH PORTER & JOHNSON PLLC
130 N. Court Ave.
Memphis, TN 38103

Joy K. Fuyuno
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111--406

Jef Feibelman
BURCH PORTER & JOHNSON
130 N. Court Avenue
Memphis, TN 38103

David M. Balabanian
Bingham McCutchen, LLP
Three Embarcadero Center
San Francisco, CA 94111--406

Honorable J. Breen
US DISTRICT COURT